IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| GEORGE BARNETT, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>NABORS DRILLING TECHNOLOGIES USA, INC; NABORS CORPORATE SERVICES, INC., NABORS INDUSTRIES, INC., NABORS DRILLING INTERNATIONAL LIMITED AND NABORS INDUSTRIES, LTD.<br><br>Defendants. | §§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 2:21-cv-00195-WJ-GJF |

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties file this Joint Stipulation of Dismissal and request the Court enter an Order dismissing this action with prejudice. The parties have reached an agreement resolving their dispute and have agreed that each party will bear its own attorneys' fees and costs.

Date: October 5, 2021.

McDONALD WORLEY, PC

*/s/ Matthew S. Yezierski signed by permission JMC*
Gabriel A. Assaad
State Bar No. 24076189
gassaad@mcdonaldworley.com
Matthew S. Yezierski
State Bar No. 24076989
matt@mcdonaldworley.com
1770 St. James St., Suite 100
Houston, Texas 7756
Telephone: (713) 523-5500
Facsimile: (713) 523-5501

**ATTORNEY FOR PLAINTIFF,
GEORGE BARNETT**

Martin, Disiere, Jefferson & Wisdom, L.L.P.

/s/ James M. Cleary, Jr.
James M. Cleary, Jr.
State Bar No. 00783838
cleary@mdjwlaw.com
808 Travis, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

HINKLE SHANOR LLP

/s/ Thomas M. Hnasko
Thomas M. Hnasko
Julie A. Sakura
Dioscoro "Andy" Blanco
P. O. Box 2068
Santa Fe, NM 87504
Telephone: (505) 982-4554
Facsimile:  (505) 982-8623
glarson@hinklelawfirm.com
jsakura@hinklelawfirm.com
dblanco@hinklelawfirm.com

ATTORNEYS FOR NABORS DRILLING TECHNOLOGIES USA, INC., NABORS CORPORATE SERVICES, INC., NABORS INDUSTRIES, INC. AND NABORS DRILLING INTERNATIONAL LIMITED, A BERMUDA EXEMPTED COMPANY

**CERTIFICATE OF SERVICE**

On October 5, 2021, I electronically-filed the foregoing with the Court's CM/ECF system, which will automatically serve notice on the following counsel of record:

| | |
|---|---|
| Gabriel A. Assaad | *Via E-Mail:* gassaad@mcdonaldworley.com |
| Matthew S. Yezierski | *Via E-Mail*: matt@mcdonaldworley.com |
| McDonald Worley, PC | |
| 1770 St. James St., Suite 100 | |
| Houston, Texas 77056 | |

/s/ James M. Cleary, Jr.
James M. Cleary, J

2